IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KRISHNA KUMAR,[1] | § | |
| | § | |
| Plaintiff Below, | § | No. 74, 2021 |
| Appellant, | § | |
| | § | |
| | § | Court Below—Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| KEYUR MODI, | § | C.A. No. 2019-0622 SEM |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: March 19, 2021
Decided: March 29, 2021

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## **O R D E R**

(1)     The appellant filed this appeal from a Master in Chancery's order, dated February 19, 2021, which denied his motion for a new trial.  On March 10, 2021, the Senior Court Clerk issued a notice directing the appellant to show cause why the appeal should not be dismissed based on this Court's lack of jurisdiction to consider an appeal from a Master's order.  In response to the notice, the appellant attempts to argue certain grounds for reversal and states various circumstances that delayed or

---

[1] In the Court of Chancery, the plaintiff-appellant identified himself as Krishna Chilaka, and the matter is captioned *Chilaka v. Modi*, C.A. No. 2019-0622 SEM.  In his notice of appeal, the plaintiff-appellant identifies himself as Krishna Kumar.  This Court has captioned the case using the plaintiff-appellant's name as it appears in the notice of appeal, but we note that the plaintiff-appellant has provided no explanation for the name change.

made more difficult his filings in the litigation.

(2) This Court lacks jurisdiction to hear an appeal directly from a decision of a Master in Chancery.[2] The appellant's right to review of the Master's order was to a judge in the Court of Chancery.[3] Having failed to pursue such review, the appellant waived his right to any further review or appeal.[4]

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice

---

[2] *Kalil v. Kalil*, 2018 WL 1915123 (Del. Mar. 12, 2018).
[3] *In re Estate of Webb*, 2011 WL 4838972 (Del. Oct. 12, 2011).
[4] *Id.* (citing DEL. CT. CH. R. 144).